Carl Dean EAST, Petitioner,

v.

DIRECTOR OF VEHICLES AND TRAFFIC OF DISTRICT OF COLUMBIA, Respondent.

No. 2358.

Municipal Court of Appeals for the District of Columbia.

Argued March 23, 1959.

Decided May 1, 1959.

Ethelbert B. Frey, Washington, D. C., for petitioner.

Ted D. Kuemmerling, Asst. Corp. Counsel, Washington, D. C., with whom Chester H. Gray, Corp. Counsel, Milton D. Korman, Principal Asst. Corp. Counsel, Hubert B. Pair, and Richard W. Barton, Asst. Corp. Counsel, Washington, D. C., were on the brief, for respondent.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

Petitioner, as the result of his conviction of various moving traffic violations, accumu-

lated over twelve "points" and after due administrative proceedings his operator's permit was revoked.[1]

All of the questions raised by petitioner in his appeal have heretofore been decided by this court adversely to his contentions.[2]

Affirmed.

1. See Part V, Traffic and Motor Vehicle Regulations.

2. See Glenn v. Commissioners of District of Columbia, D.C.Mun.App., 146 A.2d 575; Tillman v. Director of Vehicles, etc., D.C.Mun.App., 144 A.2d 922; Dan-

iels v. Director of Vehicles and Traffic of District of Columbia, D.C.Mun.App., 143 A.2d 95; Ritch v. Director of Vehicles and Traffic of District of Columbia, D.C.Mun.App., 124 A.2d 301; Lambert v. Board of Com'rs of District of Columbia, D.C.Mun.App., 116 A.2d 926.